**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 15, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

————————

No. 02-51131

————————

SANDRA VASQUEZ,

Plaintiff-Appellant,

versus

JOHN SNOW, in his official capacity as the Secretary of the Treasury,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas
USDC No. A-01-CV-508-SS

Before JOLLY, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

————————

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.